UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JASON DOVER**, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**YANFENG US AUTOMOTIVE INTERIOR SYSTEMS I LLC**, *et al.*,<br><br>Defendants. | 2:20-CV-11643-TGB-DRG |

## JUDGMENT

In accordance with the Order entered on this date, granting Final Approval of Class Action Settlement, it is **ORDERED AND ADJUDGED** that this case be **DISMISSED WITH PREJUDICE** and without further costs.

Dated at Detroit, Michigan: March 1, 2023.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE